UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 03 B 50739 |
| ARTHUR J HANDLEY | |
| VICKY C HANDLEY | CHAPTER 13 |
| | |
| | JUDGE: MANUEL BARBOSA |
| Debtor | |
| SSN XXX-XX-7542     SSN XXX-XX-1739 | |

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 12/17/03 and confirmed on 03/16/04.

     2.   The plan is paid in full.

     3.   The Debtor paid a total of $  10166.00 .

     4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDLAND MORTGAGE CO | MORTGAGE ARRE | 6295.74 | .00 | 6295.74 |
| MIDLAND MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| FISHER & FISHER | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | 4057.93 | .00 | 649.20 |
| ACTIVITY COLLECTION SVC | UNSECURED | 335.00 | .00 | 53.59 |
| KAY JEWELERS | UNSECURED | 156.78 | .00 | 25.08 |
| LABORATORY CORP OF AMERI | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | 397.70 | .00 | 63.63 |
| NICOR GAS | UNSECURED | 288.65 | .00 | 46.18 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 339.48 | .00 | 54.31 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3383.81 | .00 | 541.35 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 130.79 | .00 | 20.92 |

          Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6295.74 | .00 | 9090.14 | .00 | 15385.88 |
| PRINCIPAL PAID | 6295.74 | .00 | 1454.26 | .00 | 7750.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 6295.74 | .00 | 1454.26 | .00 | 7750.00 |

The Debtor's attorney, PATRICK A MESZAROS          , was allowed $    2500.00
and was paid $    500.00  direct and $   2000.00  through the plan.

The Trustee received $     416.00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 02/08/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE












                              PAGE   2
        CASE NO. 03 B 50739 ARTHUR J HANDLEY & VICKY C HANDLEY